IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 MAY -4 A 10: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

David Wayne Oates
_____
Full name and prison number
of plaintiff(s)

v.

Coosa County Jail
Ricky Owens, Sheriff
Wendy Robinson, Sergeant
Al Bradley.
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05CV416-F
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )   NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )   NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Coosa County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Coosa County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                   ADDRESS

1. Rickey Owens, Sheriff
2. Wendy Robinson, Sergeant
3. AL Bradley, Correctional Officer
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Nov. 22, 2004

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Denial access to a Law Library

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

C.O. Al Bradley ~~took~~ told me that I could not go to the Law Library. And that they only had to furnish it to Federal Inmates. Then I sent a Request form to Sergeant Robinson asking to go to the Law Library. And she Reply back No. Then my wife brought me

**GROUND TWO:** _____

**SUPPORTING FACTS:** Copies on my Vistation day, and was Refuse. And we are Not allow to used a Notary Public.

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

For this Jail to furnish and make Available A Law Library for all Inmates

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 2, 2005 .
                    (Date)

_____
Signature of plaintiff(s)

4