IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2005 MAY -4 A 10: 06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

David Wayne Oates )
_____ )
_____ )
_____ )
         Plaintiff(s) )
                     )   2:05CV416-F
    v.               )
Coosa County Jail    )
Ricky Owens          )
Wendy Robinson       )
Al Bradley           )
         Defendant(s) )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) David Wayne Oates

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Plaintiff(s) signature

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**District of** _____

RECEIVED
2005 MAY -4 A 10:06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_____

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, David Wayne Oates, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Coosa County Jail

   Are you employed at the institution?  No    Do you receive any payment from the institution?  No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 11-11-05, $450.00/wk, Continental Eagle Gin Shop Hill Rd, Prattville, Alabama 36067

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☒ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Oates, David

| DATE | EXPLANATION | DEPOSIT + | EXPENSE - | DOCTOR-Rx - | OTHER RECEIVED | BALANCE + |
|---|---|---|---|---|---|---|
| 04 | | | | | | |
| 11/20 | Dep 8411 | 21.00 | | | | 21.00 |
| 11/23 | STORE | | 4.60 | | | 16.40 |
| 12/07 | STORE | | 16.10 | | | .30 |
| 12/11 | Dep 8475 | 7.00 | | | | 7.30 |
| 12/16 | STORE | | 4.75 | | | 2.55 |
| 12/21 | STORE | | 2.55 | | | 0 |
| 1/8 | 8574 | 10.00 | | | | 10.00 |
| 01/17 | STORE | | 9.84 | | | .16 |
| 01/20 | Dep #8604 | 60.00 | | | | 60.16 |
| 1/28 | STORE | | 27.80 | | | 32.36 |
| 2/5 | STORE | | 21.60 | | | 10.76 |
| 2/14 | Ref Q 3077 | | | | 10.76 | 0 |

RECEIVED 2005 MAY -4 A 10:06 U.S. DISTRICT COURT MIDDLE DISTRICT ALA

