**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Al Bradley
   Coosa County Jail
   PO Box 279
   Rockford, AL  35136

   C & O  05-416

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Jean Ashworth    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): John Ashworth
C. Date of Delivery: 5/9/05

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

   [ROCKFORD MAY 9 2005 postmark]

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 2030 0005 9732 0637

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540