David Wayne Oates                    3     RECEIVED

                                     3  Civil Action No. 2:05-CV-416-F
                                              2005 MAY 18
Coosa County Jail, etal,             3     DEBRA P. HACKETT, CLK
                                           U.S. DISTRICT COURT
                                           MIDDLE DISTRICT ALA

## Notice of Change of Address

The Plaintiff has been transfer by the defendants to a different institution. The Plaintiff is now incarcerate at the Clay County Jail.

David Wayne Oates
Clay County Jail
PO Box 757
Ashland, Alabama
        36251

Done, this 13th day of May, 2005.

David W. Oates