David Wayne Oates  }
                   }  Civil Action No. 2:05-CV-416-F
      v.           }
Coosa County Jail, et al, }

RECEIVED
2005 JUN -3 A 9:45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

The plaintiff would like to a written objection to the Magistrate Judge's Recommendation.

The plaintiff was transfer to Clay County Jail from Coosa County Jail because of this 42 U.S.C. §1983 action. The plaintiff has no charges against him in Clay County. He is deeming house for Coosa County. The plaintiff feels like the reason the defendants had him move was because the defendant knew that the would dismissed this §1983 Action And then they would have the plaintiff transfer back to Coosa County. The plaintiff hopes and pray that is Honorable Court will into consideration this objection.

David W. Oates