IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DAVID WAYNE OATES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-416-F |
| ) | WO |
| COOSA COUNTY JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This cause is before the Court on the plaintiff's June 3, 2005 written objection (Doc. # 10) to the Recommendation of the Magistrate Judge entered on May 24, 2005 (Doc. #9). The Court has carefully considered the Recommendation of the Magistrate Judge and the objection to it. The Court is satisfied that the Recommendation is factually and legally correct.

Accordingly, it is hereby ORDERED that the Recommendation of the Magistrate Judge entered on May 24, 2005 (Doc. #9) is ADOPTED and the objection (Doc. # 10) to the Recommendation is OVERRULED. It is the ORDER, JUDGMENT and DECREE that this case is DISMISSED as MOOT.

DONE this 27th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE